```
┌─────────────────────────────────────┐
│ USDS SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: AUG 0 4 20██             │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Arturo Cruz,

          Plaintiff,

     -against-

City of New York, et al.,

          Defendants.
-----------------------------------------------------------------X

**08 Civ. 140  (PAC) (AJP)**
**ORDER OF REFERENCE TO**
**A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*
_____

_____ Habeas Corpus

**_X_** **Settlement:  45 Days**_____

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____Social Security

_____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

===================================================================================

* Do not check if already referred for general pretrial

Dated:  New York, New York
       August 4, 2008

SO ORDERED

_Paul A. Crotty_
_____
PAUL A. CROTTY
United States District Judge

1