UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

ARTURO CRUZ,

          Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

          Defendants.
---------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/20/08

08 Civ. 0140 (PAC) (AJP)

**ORDER OF DISMISSAL ON CONSENT**

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the settlement agreement reached by all parties and transcribed by the court reporter on August 20, 2008, and on the stipulation of the parties pursuant to 28 U.S.C. § 636(c), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
            August 20, 2008

                                                  Andrew J. Peck
                                                  United States Magistrate Judge

Copies **by fax & ECF** to:    Darmin T. Bachu, Esq.
                                      Caroline Ling-Yu Chen, Esq.
                                      Judge Paul A. Crotty

C:\ORD\DISMISS