UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARTURO CRUZ,

08 CV 0140 (PAC)(AJP)

                                        Plaintiff,

**STIPULATION AND
ORDER OF
SETTLEMENT AND
DISMISSAL**

                    -against-

CITY OF NEW YORK, SERGEANT BRUCE
CARROLL, SHIELD #2220 AND UNIDENTIFIED
NEW YORK CITY POLICE OFFICERS,
EMPLOYEES AND AGENTS,

                                        Defendants.

------------------------------------------------------------

WHEREAS, plaintiff Arturo Cruz commenced an action entitled Arturo Cruz v.
City of New York, et al., 08 CV 140 (PAC)(AJP), in the United States District Court for the
Southern District of New York, on January 8, 2008, by filing a complaint in the United District
Court for the Southern District of New York, alleging, *inter alia*, violations of his civil rights
pursuant to 42 USC § 1983; and

WHEREAS, defendants have denied any and all liability arising out of plaintiff's
allegations in this action; and

WHEREAS, the parties now desire to resolve the issues raised in this action,
without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
and between the undersigned, as follows:

1.    This action is hereby dismissed, with prejudice, and without costs, expenses,
or fees in excess of the amount specified in paragraph "2" below.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 8 2008

2. The City of New York, on behalf of defendants City of New York and Bruce Carroll hereby agrees to pay plaintiff **ARTURO CRUZ** the sum of **FIFTEEN THOUSAND ($15,000.00) DOLLARS** in full satisfaction of all claims, including claims for costs, expenses and attorney fees in this action. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against City of New York and Bruce Carroll in this action, and to release all defendants and all present and former employees and agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the City defendants' attorneys all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement

-2-

entered into prior to the execution of this Stipulation and Order regarding the subject matter of

the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms

and conditions contained herein.

Dated:        New York, New York
              September 8, 2008

Darmin Bachu, Esq.                          MICHAEL A. CARDOZO
*Attorneys for Plaintiff*                   Corporation Counsel of the
127-21 Liberty Avenue                          City of New York
Richmond Hill, New York 11419               *Attorney for Defendants City of New York*
                                            *and Bruce Carroll*
                                            100 Church Street, Room 3-199
                                            New York, New York 10007
                                            (212) 788-1106

By:                                         By:
    Darmin Bachu, Esq.                          Caroline Chen
                                                Assistant Corporation Counsel


SO ORDERED:    9/8/08

PAUL A. CROTTY, U. S. D. J.

- 3 -